## CONTINUATION IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Grout, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this continuation in support of a criminal complaint against Dalton Wayne Braun for violations of Title 18, United States 18 U.S.C. §§ 2251(a), (e), sexual exploitation of a child, and 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), possession of child pornography involving prepubescent minors. Based on the information disclosed below, I submit there is probable cause to believe that between on or about July 26, 2023, and July 26, 2024, Braun violated Title 18, United States Code, Sections 2251(a), (e), and that beginning on or about July 26, 2024, and continuing through on or about November 16, 2024, Braun violated Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), in the Western District of Michigan. I, therefore, request the Court authorize the criminal complaint and an arrest warrant for Braun.

2. I am a Special Agent with the FBI and have been since May of 2006. I am currently assigned to the Marquette Resident Agency in Marquette County, Michigan. In my employment as an FBI Special Agent, I have assisted in the investigation of various types of Federal criminal violations, including offenses involving the sexual exploitation of minors. I have received training that pertains to investigations involving cellular telephones, social media, computer crimes, and sexual exploitation.

3. This continuation is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

4. On November 16, 2024, and as part of an investigation into the distribution, receipt, and possession of child pornography, BRAUN participated in a non-custodial interview with agents. BRAUN admitted to being the creator and user of two email accounts. BRAUN said he used Kik (a messenger application) to view child pornography, more specifically girls. BRAUN used the name Brandon Smith as his stage name on one of his Kik profiles. BRAUN admitted to sharing videos of children having sex with adults on Kik. BRAUN denied ever having a physical sexual interaction with someone under the age of 18. BRAUN told agents he used his cell phone to view and download child pornography. BRAUN'S iPhone 11 Pro Max cellular telephone was seized from his person pursuant to a federal search warrant. BRAUN gave agents consent to search his vehicle. Agents located and seized an iPhone 6s and an iPad tablet from the vehicle.

5. On November 18, 2024, Special Agent Richard Suda transported the iPhone 11 Pro Max cellular telephone to the Michigan State Police (MSP) Computer Crimes Unit (CCU) for purposes of a search pursuant to a federal search warrant.

6. On December 5, 2024, Special Agent Richard Grout provided photos to MSP CCU of minor individuals known to associate with BRAUN.

7. On December 5, 2024, Special Agent Grout was informed by MSP CCU

that a video was found on the iPhone 11 Pro Max cellular telephone obtained from BRAUN's person. I reviewed the video. The video showed a pre-pubescent child on a bed. Among other things, BRAUN filmed as he put his erect penis into the minor child's mouth. I concluded that the adult male in the video is BRAUN based on my prior interactions with him as I identified BRAUN in the video. I also believe the minor victim is an individual known to associate with BRAUN based on a photo provided by the minor victim's parent. I know that the minor victim is under four years of age. MSP CCU informed me that based on the metadata associated with the image, the image was sent to another person via an encrypted application on July 26, 2024. I, therefore, know that the video was created on or before that date. Further, based on a comparison of a picture of the child (which was from July 2024) to the child in the video, I believe based on my training and experience that the video was taken within one year of the date it was created.

8. I reviewed the video and compared it to pictures of the inside of BRAUN's residence in Kingsford, Michigan. The pictures of BRAUN's residence were taken during the execution of a federal search warrant at the location. I concluded that the room in the video is one of the rooms in BRAUN's Kingsford residence. I, therefore, believe that the video was created in the Western District of Michigan, and specifically, Kingsford, Dickinson County, Michigan.

9. I know that iPhone does not manufacture and has not manufactured phones in the State of Michigan, and therefore, the phone had to have been made outside Michigan.

3

## **CONCLUSION**

10.    I submit that this continuation establishes probable cause to believe that BRAUN committed violations of 18 U.S.C. §§ 2251(a), (e), 2252A(a)(5)(B), (b)(2). I, therefore, request that the Court authorize the criminal complaint and issue an arrest warrant for BRAUN's arrest.