# Attachment: Character Letters

October 15, 2025

Kim L. Howen

To Whom This May Concern,

My name is Kim Howen, I'm a retired nurse. I'm a friend of the Braun family and have known Dalton since he was in high school. I have always known Dalton has suffered from Bipolar disease, but I have never known him to be anything but kind and respectful to me and my husband.

I was really caught off guard by the fact that Dalton committed the crime he is accused of. Dalton could not wait to be a father. I understand that Dalton needs to pay for his crime, but I think it will benefit him in the long run. If Dalton stays on his medication, continues therapy for his mental health issues, and is truly remorseful for his crime, I believe he could be rehabilitated and be an asset to society.

Dalton has recently taken an interest in religion and is active in church and bible study, which could lead to a pastoral occupation. Dalton has always been a people person and was great at his job at a car dealership.

It is going to be a long hard road ahead, but I think Dalton will come out of this situation on the other side by being a better person for having gone through this difficult and sad situation in his life.

Respectfully,

*Kim L. Howen*

Kim L. Howen

Terri Halvorson

2/28/2025

Re: Dalton Braun

To Whom This May Concern,

    My name is Terri Halvorson, I am the General Manager at Town & Country where Dalton was an employee since October of 2022. During his time with the dealership he always showed up earlier than asked, and was always willing to help out where needed. His customer service skills were fantastic, and he always put the customer first. I am happy to write this letter of character because during the time of knowing Dalton he was always a valuable and dedicated employee.

    I was blindsided when I learned of the charges being brought against Dalton. I have never witnessed, or heard of any type of behavior in regards to the charges he is facing. Dalton typically was an upbeat individual, who liked to make people laugh. He treated everyone with respect and handled all situations with a calm demeanor. This all seemed completely out of character compared to the person we worked with on a daily basis. Given who he was as an employee, and Coworker we would hire him back from an employment standpoint.

It is my sincere hope that the court will take this into consideration at time of sentencing. Despite the current case, I can confidently say Dalton was a valuable employee and a great person to work with.

Sincerely,

Terri Halvorson

Cindy Laux

10/09/2025

Re: Dalton Wayne Braun

To Whom This May Concern,

    My name is Cindy Laux, I have been Dalton's stepmother since he was two years old. Presently I'm a retired business owner and nurse. Dalton has suffered with mental illness since he was a young boy. Dalton's father & I made sure Dalton was in treatment as a minor. When he turned eighteen as an adult, we were no longer able to control his mental health care.

    As a mother I feel that with continued treatment & medication, following a faith-based program, and the continued support of his family, rehabilitation would be possible. When talking to Dalton, he realizes that the seriousness of his actions is his fault. I know that Dalton has the will to be a benefit to society by holding down a job and volunteering in the community, while sharing his story with others, and demonstrating a sincere desire to change and learn from his mistakes.

    I understand the seriousness of Dalton's actions and the pain they have caused, and I want to first express my sincere empathy to everyone affected. I'm asking the court to please consider leniency for my son.

    Thank you for taking the time to hear a mother's words.

Respectfully,

*Cindy I Laux*

Cindy I. Laux