UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DALTON WAYNE BRAUN,

      Defendant.

_____/

Case No. 2:24-cr-26

Hon. Robert J. Jonker
United States District Judge

### DEFENDANT'S MOTION FOR DOWNWARD VARIANCE

NOW COMES the defendant, Dalton Braun, by his attorney, Elizabeth LaCosse of the Office of Federal Public Defender, and hereby moves this Honorable Court to vary downward from the applicable advisory guideline range in this matter. Under the 18 U.S.C. § 3553(a) factors and the standard for the imposition of a sentence sufficient, but not greater than necessary, a downward variance would be appropriate in this case. The basis for this requested variance is further set forth and supported in the Presentence Report and in Defendant's Sentencing Memorandum filed on this day as well.

      Respectfully submitted,

      SEAN R. TILTON
      Federal Public Defender

Dated: November 18, 2025

      /s/ Elizabeth A. LaCosse
      ELIZABETH A. LACOSSE
      Assistant Federal Public Defender
      925 W. Washington Street, Suite 104
      Marquette, Michigan 49855
      (906) 226-3050